```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY, et al., | ) ) ) | NO.  C 09 1914 SI |
|---|---|---|
| Plaintiffs, | ) ) ) | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER |
| vs. | ) ) | |
| EVENT PRODUCTIONS INC., etc., | ) ) | |
| Defendant. | ) ) | |

The parties report the status of this case as follows:

This case was referred to a mediator, and a first session was held February 1, 2010. A second Hearing is set for February 24, 2010.  It is requested that the Case Management Conference be continued to April 16, 2010 so that mediation can be completed before a court appearance is necessary.

IT IS STIPULATED that the Case Management Conference be continued from February 12, 2010 to April 16, 2010 at 2:30 p.m. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER    1

| | | |
|---|---|---|
| Date: February 9, 2010 | | ERSKINE & TULLEY<br>A PROFESSIONAL CORPORATION |
| | | By: /s/Michael J. Carroll<br>　　Michael J. Carroll<br>　　Attorneys for Plaintiffs |
| Date: February 9, 2010 | | CALIFORNIA ADVOCACY GROUP |
| | | By: /s/Alex Friedland<br>　　Alex Friedland<br>　　Attorney for Defendant |

ORDER

IT IS SO ORDERED.

Dated:_____    _____
　　　　　　　　　　　　　　Honorable Susan Illston