```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EVENT PRODUCTIONS INC., etc., <br><br> Defendant. | NO.  C 09 1914 SI <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER |

The parties report the status of this case as follows:

This case was referred to a mediator, and a first session was held February 1, 2010. A second Hearing is set for February 24, 2010. It is requested that the Case Management Conference be continued to April 16, 2010 so that mediation can be completed before a court appearance is necessary.

IT IS STIPULATED that the Case Management Conference be continued from February 12, 2010 to April 16, 2010 at 2:30 p.m. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER       1

1  Date: February 9, 2010                    ERSKINE & TULLEY
2                                            A PROFESSIONAL CORPORATION
3                                            By:/s/Michael J. Carroll
                                                Michael J. Carroll
4                                               Attorneys for Plaintiffs

5  Date: February 9, 2010                    CALIFORNIA ADVOCACY GROUP
6
                                             By:/s/Alex Friedland
7                                               Alex Friedland
                                                Attorney for Defendant
8

9                                       ORDER
   IT IS SO ORDERED.
10
   Dated:_____              _____
11                                   Honorable Susan Illston

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER        2