McCARTHY, JOHNSON & MILLER
    Law Corporation
LORI A. NORD, SBN. 87993
ANA PEREZ HALLMON, SBN. 253309
595 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 882-2992
Facsimile: (415) 882-2999
E-mail:     lnord@mjmlaw.us
              ahallmon@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL and DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS,<br><br>              Plaintiffs,<br>v.<br><br>EVENT PRODUCTIONS, INC.,<br><br>              Defendant. | No. 09-1914 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR MOTIONS**<br><br>Date:       N/A<br>Time:       N/A<br>Location:   Courtroom 10, 19th Floor |

1  The parties, through their counsel, hereby stipulate and request that the Court enter an order extending the time to file motions. The deadline set by the Court for motions was July 2, 2010, with the motion hearing set for August 6, 2010. The parties have agreed to extend this deadline by three weeks, to July 23, 2010. The parties would have extended the deadline by two weeks to July 16, 2010, but the Court calendar did not permit such a deadline.

On June 22, 2010, the Plaintiffs filed a substitution of attorney in this case. (Dkt. #22.) On June 24, 2010, the Court granted the Plaintiffs' motion to substitute attorneys. (Dkt #23.) The new attorney only recently received this case and has already missed the deadline to file a motion in this case. Due to an administrative error, Plaintiffs' counsel thought the deadline to file a motion was July 12, 2010, instead of July 2, 2010.

The parties propose the following new schedule for motions:

Motions due 7/23/10

Opposition: 8/6/10

Reply: 8/13/10

Hearing on 8/27/10 at 9:00a.m.

Any other dates set by the Court remain the same.

Respectfully submitted,

**McCARTHY, JOHNSON & MILLER**
**Law Corporation**

Dated: July 8, 2010            By:     */s/ Ana Perez Hallmon*
                                        Ana Perez Hallmon
                                        Attorneys for Plaintiffs


**CALIFORNIA ADVOCACY GROUP**

Dated: July ___, 2010          By:_____
                                        Alex Friedland
                                        Attorneys for Defendant

# [PROPOSED] ORDER

The parties have requested an extension of time to file motions. Having considered the parties stipulated request, the Court **HEREBY ORDERS** that deadlines be extended as follows:

Motions due 7/23/10

Opposition: 8/6/10

Reply: 8/13/10

Hearing on 8/27/10 at 9:00a.m.

Any other dates set by the Court remain the same.

IT IS SO ORDERED

Date: _____

SUSAN ILLSTON
UNITED STATED DISTRICT JUDGE

1   The parties, through their counsel, hereby stipulate and request that the Court enter an order extending the time to file motions. The deadline set by the Court for motions was July 2, 2010, with the motion hearing set for August 6, 2010. The parties have agreed to extend this deadline by three weeks, to July 23, 2010. The parties would have extended the deadline by two weeks to July 16, 2010, but the Court calendar did not permit such a deadline.

On June 22, 2010, the Plaintiffs filed a substitution of attorney in this case. (Dkt. #22.) On June 24, 2010, the Court granted the Plaintiffs' motion to substitute attorneys. (Dkt #23.) The new attorney only recently received this case and has already missed the deadline to file a motion in this case. Due to an administrative error, Plaintiffs' counsel thought the deadline to file a motion was July 12, 2010, instead of July 2, 2010.

The parties propose the following new schedule for motions:

Motions due 7/23/10

Opposition: 8/6/10

Reply: 8/13/10

Hearing on 8/27/10 at 9:00a.m.

Any other dates set by the Court remain the same.

Respectfully submitted,

McCARTHY, JOHNSON & MILLER
Law Corporation

Dated: July 8, 2010     By:   /s/ Ana Perez Hallmon
                              Ana Perez Hallmon
                              Attorneys for Plaintiffs

CALIFORNIA ADVOCACY GROUP

Dated: July 12, 2010    By:   [signature]
                              Alex Friedland
                              Attorneys for Defendant