1  McCARTHY, JOHNSON & MILLER
        Law Corporation
2  LORI A. NORD, SBN. 87993
   ANA PEREZ HALLMON, SBN. 253309
3  595 Market Street, Suite 2200
   San Francisco, CA  94105
4  Telephone:  (415) 882-2992
   Facsimile:  (415) 882-2999
5  E-mail:     lnord@mjmlaw.us
   E-mail:     ahallmon@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL and DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>EVENT PRODUCTIONS, INC., a California Corporation<br><br>　　　　　　　　Defendant. | No. 09-1914 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DOCUMENT No. 28-2)** |

The Court hereby orders that the incorrectly filed document, Exhibit 1 to the Declaration of Sean Dietterle in Support of the Motion for Summary Judgement (Document No. 28-2) be permanently removed from the docket in this case.

**IT IS SO ORDERED.**

Dated:_____     _____
                                     SUSAN ILLSTON
                                     UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. C 09-1914 SI