**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EVENT PRODUCTIONS INC,<br><br>Defendant. | No. C 09-01914 SI<br><br>**JUDGMENT** |

In accordance with the Court's Order of October 20, 2010, granting summary judgment in favor of plaintiffs, judgment is hereby entered in favor of plaintiffs and against defendant.

**IT IS SO ADJUDGED.**

Dated: October 26, 2010

SUSAN ILLSTON
United States District Judge