1    KRAW LAW GROUP
     LORI A. NORD, ESQ. (SBN: 87993)
2    605 Ellis Street, Suite 200
     Mountain View, CA 94043
3    Telephone: (650) 314-7817
     Facsimile: (650) 314-7899
4    E-mail: lnord@kraw.com

5    Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   BOARD OF TRUSTEES OF THE SIGN, PICTORIAL  )   Case No. 09-1914 SI
     AND DISPLAY INDUSTRY WELFARE AND          )
11   PENSION TRUST FUNDS, et al.,              )   **SUBSTITUTION OF ATTORNEYS**
                                               )
12                         Plaintiffs,         )
                                               )
13          vs.                                )
                                               )
14   EVENT PRODUCTIONS, INC.,                  )
                                               )
15                         Defendant.          )
                                               )
16

17          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18          PLEASE TAKE NOTICE that Plaintiffs hereby file this notice of substitution of counsel.

19   Plaintiffs BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY

20   WELFARE AND PENSION TRUST FUNDS, et al., hereby substitute Kraw Law Group, Attn.

21   Lori A. Nord, in place of and instead of McCarthy, Johnson & Miller Law Corporation as counsel

22   and attorneys of record in this matter. Creditors' new counsel in this matter and new attorneys of

23   record on whom all notices and papers may be served is:

24                          KRAW LAW GROUP
                      LORI A. NORD, ESQ. (SBN: 87993)
25                        605 Ellis Street, Suite 200
                         Mountain View, CA 94043
26                       Telephone: (650) 314-7817
                         E-mail: lnord@kraw.com
27

28          As new counsel of record, the undersigned hereby accepts this substitution:

SUBSTITUTION OF ATTORNEYS
Case No. 09-1914 SI

1  | KRAW LAW GROUP

2

3  | By: _____          Dated: February 26, 2015
   |       Lori A. Nord, Esq.

4

5  | The undersigned hereby agrees to the substitution of KRAW LAW GROUP as new counsel

6  | of record:

7  | McCARTHY, JOHNSON & MILLER
   | Law Corporation

8

9  | By: _____          Dated: February 26, 2015
   |       Lori A. Nord, Esq.

10

11 | BOARD OF TRUSTEES OF THE SIGN, PICTORIAL
   | AND DISPLAY INDUSTRY WELFARE AND
12 | PENSION TRUST FUNDS, et al.

13

14 | By: _____          Dated: March 2, 2015

15

16

17

18                          GRANTED

19

20                     Judge Susan Illston

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS
Case No. 09-1914 SI

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I declare under penalty of perjury:

I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action; my business address is 605 Ellis Street, Suite 200, Mountain View, CA 94043.

On March 26, 2015, I served the document(s) described as:

**SUBSTITUTION OF ATTORNEYS**

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope:

Event Productions, Inc.
651 West Tower Avenue
Alameda, CA 94501

_XX_   (BY MAIL) I am readily familiar with this business' practice for collection and processing of correspondence for mailing, and that correspondence will be deposited with the U.S. Postal Service on the date herein above in the ordinary course of business at Mountain View, California.

_XX_   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 26, 2015, at Mountain View, California.

By: _____
Eric Schad